# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES** |
| Plaintiff(s) | Case No.: 08 CR 1323 and 08 CR 1324 and Related Cases 08 CR 1313 and 08 CR 1314 |
| vs. | Presiding Judge: JON STUART SCOLES |
| LAURA LOUISE ALTHOUSE    08 CR 1323 | Deputy Clerk: Lindsey Brumback |
| vs. | |
| KARINA PILAR FRUEND    08 CR 1324 | |
| vs. | |
| MARTIN DE LA ROSA-LOERA    08 CR 1313 | |
| vs. | |
| JUAN CARLOS GUERRERO-ESPINOZA    08 CR 1314 | |
| **RE: MATERIAL WITNESSES** | |
| Defendant(s) | Court Reporter: Patrice Murray    Contract? No. |
| | (If yes, send copy to financial) |

| Date: | 02/05/09 | Start: | 10:11 am | Adjourn: | 11:21 am | Time in Chambers: | |
|---|---|---|---|---|---|---|---|
| Recesses: | | | | | | Telephonic? | |
| Appearances: | Plaintiff(s): | AUSA Peter E. Deegan, Jr. | | | | | |
| | Defendant(s): | Do not appear; See attached list for attys and material witness present at hearing | | | | | |
| | U.S. Probation: | Lindsay Skelton and John Zielke | | | | | |
| | Interpreter: | Rafael Carrillo | Language: | Spanish | Certified: | Y | Phone | Y |
| TYPE OF PROCEEDING: | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
| MATERIAL WITNESS HEARING: | | | | | |
| | Miscellaneous: | Discussed related cases: 08cr1313 and 08cr1314. Material Witnesses named in 08-1324 will be released under supervision without GPS monitoring. Other material witnesses in related cases will be addressed/handled as discussed on the record. |

02/05/09 10:00am Material Witness Hearing

AUSA: Peter E. Deegan, Jr.

USP: Lindsay Skelton and John Zielke

08cr1324
Defense Counsel for Sholom Rubashkin: F. Montgomery Brown and Guy Cook
Defense Counsel for Brent Beebe: Raphael M. Scheetz

Material Witness Counsel present (from all related cases)

Rick Sole
Mike Lahammer
John Bishop
Stephen Swift
Les Stokke (appears for John Broz)
Anne Laverty (appears for David Mullin as well)
John Jacobsen
Brian Johnson
Sara Smith
Jane Kelly
JoAnne Lilledahl

Material Witnesses appearing:

Henry Londo Catu-Tala
Bulmaro Paredes
Macario Aguilar-Onofre
Javier Lopez Sajche
Luis Enrique Quiroz
Leonides Ordonez Lopez
Laura Jazmin Castillo-Rodriquez