# United States District Court
## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

vs.

AGRIPROCESSORS, INC., ET AL

AND CONCERNING

MACARIO AGUILAR-ONOFRE

**ORDER SETTING CONDITIONS OF RELEASE OF MATERIAL WITNESS**

Case Number: CR 08-1324-LRR

## General Conditions of Release

**IT IS ORDERED** that the material witness be released on the following conditions:

(1) The material witness must report to the U.S. Probation Office, telephone number 319-286-2362, as directed by his/her probation officer.

(2) The material witness must not, while on release, commit any offense in violation of federal, state, or local law.

(3) The material witness must advise the Clerk of Court, the U.S. Probation Office, his/her lawyer, and the U.S. Attorney in writing before changing his/her address or telephone number.

(4) The material witness must appear at all proceedings in this case as required by the court.

(5) The material witness must not use or possess narcotic drugs or other controlled substances, unless prescribed by a licensed medical practitioner.

(6) The material witness must not possess or allow to be present in his/her residence any firearms, ammunition, destructive devices, or other dangerous weapons.

## Special Conditions of Release

TO THE MATERIAL WITNESS:

YOU ALSO ARE **ORDERED** TO COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS. YOU ARE:

( ) (A) placed on active GPS Electronic Monitoring. Your inclusion zone will be determined by your probation officer.

( ) (B) _____

_____

IAND 199B (Rev. 07/07) Additional Conditions Of Release                                                Page 2 of 2

## Advice of Penalties and Sanctions

**TO THE MATERIAL WITNESS:**

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, and/or both.

### Acknowledgment of Material Witness

I acknowledge that I am the material witness in this case, and that I am aware of the conditions of release listed above. I agree to obey all of the conditions in this bond and appear as directed. I also acknowledge that I am aware of the penalties and sanctions for not abiding by any of these agreements or conditions.

_____
Signature of Material Witness

### Directions to United States Marshal

( X )  The material witness is ORDERED released after processing.
(   )  The United States Marshal is ORDERED to keep the material witness in custody until notified by the U.S. Probation Office that the material witness has posted bond and/or complied with all other conditions required for release.

Date: February 5, 2009

_____
Signature of Judicial Officer

Jon S. Scoles
U.S. Magistrate Judge
Name and Title of Judicial Officer