```
                                                              1


 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF IOWA
 2

 3     UNITED STATES OF AMERICA,)
                                )
 4              Plaintiff,      )   08-CR-1324-LRR
                                )
 5      VS.                     )
                                )
 6     AGRIPROCESSORS, et al.,  )
                                )
 7              Defendants.     )

 8

 9

10

11

12           TELEPHONIC STATUS CONFERENCE,

13     held before the Hon. Linda R. Reade on the 26th

14     day of June, 2009, at 4200 C Street S.W., Cedar

15     Rapids, Iowa, commencing at 7:58 a.m.

16

17

18

19

20

21

22

23        Patrice A. Murray, CSR, RPR, RMR, FCRR
               United States District Court
24                 4200 C Street S.W.
                Cedar Rapids, Iowa 52404
25                  (319) 286-2324
```

```
                                                                    2

 1                          APPEARANCES:

 2       ATTORNEY PETER E. DEEGAN, JR., Assistant U.S.
         Attorney, Suite 400, 401 First Street S.E., Cedar
 3       Rapids, Iowa 52401, appeared on behalf of the
         United States.
 4
         ATTORNEY JAMES A. CLARITY, III, of the Clarity Law
 5       Firm, P.O. Box 469, 1601 Keokuk, Spirit Lake, Iowa
         51360, appeared on behalf of Agriprocessors, Inc.
 6
         ATTORNEY GUY R. COOK, of the firm of Grefe &
 7       Sidney, 2222 Grand Avenue, P.O. Box 10434, Des
         Moines, Iowa 50306,
 8                             AND
         ATTORNEY F. MONTGOMERY BROWN, of the firm of
 9       Brown & Scott, 1001 Office Park Road, Suite 108,
         West Des Moines, Iowa 50265, appeared on behalf of
10       Sholom Rubashkin.

11       ATTORNEY RAPHAEL M. SCHEETZ, of the Scheetz Law
         Office, 1921 51st Street N.E., Cedar Rapids, Iowa
12       52402-2460, appeared on behalf of Brent Beebe.

13       ATTORNEY STANLEY A. ROUSH, of the Roush Law
         Office, 5250 North Park Place N.E., Suite 101,
14       Cedar Rapids, Iowa 52402, appeared on behalf of
         Hosam Amara.
15
         ATTORNEY PAULA LYNN ROBY, of the firm of Elderkin &
16       Pirnie, P.O. Box 1968, 115 First Avenue S.E.,
         Cedar Rapids, Iowa 52406-1968, appeared on behalf of
17       the Chapter 11 Trustee.

18

19

20

21

22

23

24

25
```

**3**

1 THE COURT: This is United States of
2 America versus Agriprocessors, Rubashkin, Beebe,
3 et al., and I'll have you just enter your
4 appearances. I think I know everybody that's on.
5 On behalf of the United States, will you
6 enter your appearance, please.
7 MR. DEEGAN: Assistant United States
8 Attorney Peter Deegan on behalf of the United
9 States.
10 THE COURT: And Agriprocessors?
11 MR. CLARITY: This is Jim Clarity from
12 Spirit Lake for Agriprocessors, Incorporated.
13 THE COURT: And Ms. Roby?
14 MS. ROBY: Yes, on behalf of the Chapter
15 11 bankruptcy trustee, Joseph Sarachek, Paula Roby
16 from Elderkin & Pirnie.
17 THE COURT: And for Mr. Rubashkin?
18 MR. COOK: Good morning, Your Honor.
19 It's Guy Cook and F. Montgomery Brown for
20 Mr. Rubashkin.
21 THE COURT: And Mr. Beebe?
22 MR. SCHEETZ: Ray Scheetz on behalf of
23 Brent Beebe.
24 THE COURT: And Mr. Roush, will you make
25 your appearance?

**4**

1 MR. ROUSH: Yes, I'm here on behalf of
2 Mr. Amara.
3 THE COURT: And I -- all right. Late
4 yesterday Mr. Deegan contacted my administrative
5 assistant and asked for a status conference this
6 morning. And so, Mr. Deegan, since I know nothing
7 about this, I'll let you carry it and tell us what
8 you would like to talk about.
9 MR. DEEGAN: All right. Thank you very
10 much, Your Honor. And I appreciate counsels'
11 being available this morning. This is an issue
12 which I previously discussed with counsel for
13 Defendant Rubashkin, and as well as counsel for
14 Defendant Agriprocessors, and then briefly with
15 counsel for Defendant Beebe yesterday. But I want
16 to make sure the Court was apprised as well, and
17 our office thought this might be the most
18 appropriate way to do so.
19 In preparing for trial, looking for ways
20 to narrow some of the potential issues, we had
21 proposed some stipulations to the defense,
22 including one regarding FDI insurance and the
23 status of the victim financial institution, and
24 particularly, the victim of the bank fraud and
25 false statement to a bank counts. The defense at

**5**

1 this point has declined to stipulate, which, of
2 course, is perfectly fine and appropriate.
3 However, in follow-up conversations, it's become
4 clear that the question of FDIC insurance may
5 actually be a fighting issue at trial.
6 Now, the government -- we continue to
7 believe that the facts and the law support the
8 conclusion that the victim bank in this case is a
9 financial institution for the purposes of the
10 statute, and we still plan to proceed at this
11 point with those counts. However, since there's
12 some potential for FDIC insured status to become a
13 disputed issue, our office plans to restate the
14 same fraud allegations as the -- as are contained
15 in the bank fraud allegations, as well as the
16 false statement to a bank counts, and restate them
17 as mail and wire fraud counts when we supersede on
18 Tuesday, just so that there are alternative
19 jurisdictional bases for the fraud allegations. I
20 want to make clear though, this doesn't change the
21 basic facts of the fraud case, and the new counts
22 would be based upon the exact same allegations,
23 documents, evidence as the current charges.
24 Now, I say all this because this was
25 the -- this was the purpose of me asking for the

**6**

1 status conference today; however, all this was as
2 of yesterday and prior to receiving the Court's
3 order regarding severance. We're going to meet
4 later on this morning and re-evaluate, really,
5 everything in view of the Court's order, but I
6 still expect that we're going to want to proceed
7 to add the mail and wire fraud counts.
8 Your Honor, that's -- that's the purpose
9 of me requesting the status conference, and that's
10 all I have.
11 THE COURT: All right. Thank you. Yes,
12 the severance will obviously impact how the case
13 is tried and when. I'd like you to talk among
14 yourselves. It's my thought that it makes the
15 most sense to do the harboring case first in
16 September, and then I would be looking for other
17 dates, hopefully yet this year but I don't know
18 what everybody's trial schedule is, so we'd have
19 to look at our calendars and see what seems
20 appropriate. But that's sort of my initial
21 thinking, that that makes sense, because that's
22 the larger of the two cases and that one, at least
23 from a filing standpoint, was the first -- those
24 were the first allegations that were filed against
25 the defendants. And I think we have a hearing

**Page 7**

1  coming up on the 6th at 1:30, July 6 at 1:30. And
2  I don't know if everyone had intended to
3  participate or be present, but that might be a
4  good time to talk about the scheduling of Case 2.
5  Was -- were there any of the defendants that were
6  not intending to be present on July 6?
7      MS. ROBY: Judge, this is Paula Roby.
8  I'm not planning on being at the hearing on July
9  6, but I will -- I'll talk to counsel prior to
10 that about scheduling --
11     THE COURT: All right.
12     MS. ROBY: -- if that's okay with
13 everyone. We have a hearing in the bankruptcy
14 court that day on the sale of the business.
15     THE COURT: All right. Anyone else who
16 was not intending to be present?
17     (No reply by the parties.)
18     THE COURT: Okay. Then let's
19 tentatively plan -- get your calendars together,
20 and we'll take a look at the status of things.
21 But I think Mr. Scheetz and Mr. Roush should
22 understand that that would be probably -- the
23 September date would probably be the harboring
24 case. And, of course, Mr. Roush's client we don't
25 even have -- we don't have him in custody or under

**Page 8**

1  the -- well, he hasn't appeared is a simple way to
2  put it. So I will see you all July 6 at 1:30.
3      And thank you, Mr. Deegan, for the
4  update.
5      MR. DEEGAN: You're welcome, Your Honor.
6      (Proceedings concluded at 8:05 a.m.)

**Page 9**

1  C E R T I F I C A T E

2      I, Patrice A. Murray, a Certified Shorthand
Reporter of the State of Iowa, do hereby certify
3  that at the time and place heretofore indicated, a
status conference was held before the Honorable
4  Linda R. Reade; that I reported in shorthand the
proceedings of said status conference, reduced the
5  same to print by means of computer-assisted
transcription under my direction and supervision,
6  and that the foregoing transcript is a true record
of all proceedings had on the taking of said
7  status conference at the above time and place.

8      I further certify that I am not related to
9  or employed by any of the parties to this action,
and further, that I am not a relative or employee
10 of any attorney or counsel employed by the parties
hereto or financially interested in the action.
11
    IN WITNESS WHEREOF, I have set my hand
12 this 16th day of July, 2009.

13
    /s/ Patrice A. Murray
14  Patrice A. Murray, CSR, RPR, RMR, FCRR
    United States District Court, NDIA
15  4200 C Street S.W.
    Cedar Rapids, Iowa 52404

Contact Patrice Murray at 319-286-2324 or patrice_murray@iand.uscourts.gov
to purchase a complete copy of the transcript.