IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN/DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | No. CR 08-1324 LRR |
| ) | |
| vs.    ) | **MOTION FOR RELEASE OF** |
| ) | **MATERIAL WITNESS** |
| AGRIPROCESSORS, INC.,    ) | **DESIGNATION** |
| SHOLOM RUBASHKIN,    ) | |
| BRENT BEEBE,    ) | |
| HOSAM AMARA, and    ) | |
| ZEEV LEVI,    ) | |
| ) | |
| Defendants.    ) | |

Plaintiff, United States of America, respectfully requests certain material witnesses be released in this matter.

### Factual Background

On May 12, 2008, Immigration and Customs Enforcement (ICE) encountered approximately 389 undocumented aliens at Agriprocessors, Inc., in Postville, Iowa. Twenty-four such persons have since been designated by the United States and federal court order as material witnesses in this matter.[1] Although such persons were previously

---

[1] This motion seeks no relief regarding the eight persons designated under federal law as material witnesses by defendant BRENT BEEBE.

Nor does this motion concern any undocumented aliens who were encountered at Agriprocessors, Inc., on May 12, 2008, who: 1) voluntarily remain in the United States due to the pendency of immigration proceedings contesting their removal from the United States; or 2) have been issued visas to remain in the United States pending their potential use as witnesses in actions brought by the State of Iowa, or otherwise. The status of any person not designated under federal law as a material witness is a matter within the sole discretion of the Department of Homeland Security.

ordered removed from the United States, the Department of Homeland Security (DHS) deferred action on their removals so they could be released from custody while designated as material witnesses.[2] DHS also provided the material witnesses with employment authorizations so they could lawfully work in the United States. By order of the Court, all material witnesses were released from electronic monitoring in approximately February of 2009. Thus, any material witnesses in this matter have been authorized to work and are not subject to electronic monitoring.

Defendant SHOLOM RUBASHKIN has been convicted of 86 counts of financial fraud and related offenses. All remaining counts against defendants AGRIPROCESSORS, INC. and SHOLOM RUBASHKIN have been dismissed without prejudice.[3] The government retains the option of presenting any and all prior statements and testimony of witnesses at defendant SHOLOM RUBASHKIN'S sentencing.

Defendant BRENT BEEBE is scheduled for trial on immigration and document fraud counts beginning on January 19, 2010. The following witnesses (previously designated by the government as material witnesses in this matter) may be needed to testify at the trial of defendant BEEBE and the government is not requesting their release as material witnesses at this time: Reynaldo Lopez-Nunez, Elder Robinson Lopez-Lux,

---

[2]The Court has given all material witnesses in this case the option of having their testimony preserved by deposition rather than remaining in the United States as material witnesses. In other words, the Court provided an avenue by which the material witnesses could return to their home countries if they so wished. Only two material witnesses asked to be deposed. Both witnesses were released from material witness status and removed to their home country by ICE. Thus, any material witness still in the country has remained here voluntarily.

[3]Neither defendant HOSAM AMARA nor defendant ZEEV LEVI have entered appearances and both remain fugitives.

Ignacio Guerrero-Espinoza and Mario Toma.

### The Government's Motion

The government has determined and hereby moves that the following material witnesses[4] should be released from their material witness designation in this matter:

1. Onofre Macario Aguilar
2. Gabriel Calicio
3. Henry Londo Catu-Tala
4. Maria De La Luz Valdez-Macias
5. Otto Ramiro Garcia-Barillas
6. Patricia Hernandez
7. Monica Hernandez-Vidals
8. Jesus Loera
9. Dibrey Lopez-Lopez
10. Jonas Ordonez-Alquijay
11. Sabio Ortiz-Nunez
12. Rigoberto Quiej-Xinico
13. Ulises Regino
14. Noel Torres-Espinoza
15. Bulmaro Paredes-Murado
16. Leonides Ordonez-Lopez
17. Antonio Vasquez-Sargosa
18. Josue Muj-Ixen
19. Mario Tagual-Perez
20. Laura Castillo-Rodriguez

Upon their release as material witnesses, the above designated persons would be processed by DHS in accordance with their immigration status.

Counsel for defendants AGRIPROCESSORS, INC., and SHOLOM RUBASHKIN have no objection to the relief sought herein.

Counsel for defendant BRENT BEEBE has requested at least 21 days to review

---

[4] Material witness Dibrey Lopez-Lopez is currently in custody in CR 08-1066 pending a December 2, 2009, hearing to address alleged violations of his supervised release.

witness statements and testimony prior to stating a position with the regard to the relief sought herein.

Respectfully submitted,

STEPHANIE M. ROSE
United States Attorney

By: s/ PETER E. DEEGAN, JR.

PETER E. DEEGAN, JR.
Assistant United States Attorney
401 1st Street SE, Suite 400
Cedar Rapids, IA   52401
(319) 363-0091
(319) 363-1990 - fax
Peter.deegan@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on November 25, 2009.

UNITED STATES ATTORNEY

BY:  s/ S. Van Weelden

COPIES TO: Counsel of Record